# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0224. IN THE INTEREST OF C. W. et al., CHILDREN (MOTHER).

The mother of these five minor children has filed a motion to withdraw her appeal from two juvenile court orders entered in this parental rights termination case. The motion to withdraw the appeal is hereby GRANTED, and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 09/05/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*